**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 18-22592-kl |
| Morrie Williams<br>  *aka* Morrie J. Williams<br>  *aka* Morrie E. Williams | CHAPTER 13 |
| Debtor. | JUDGE Kent Lindquist |

**NOTICE OF APPEARANCE**

  Now comes D. Anthony Sottile, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Indiana, and enters his appearance on behalf of Home Point Financial Corporation, in the above captioned proceedings.

                Respectfully Submitted,

                  /s/ D. Anthony Sottile
                D. Anthony Sottile (27696-49)
                Jon Lieberman (OH 0058394)
                Sottile & Barile, Attorneys at Law
                P.O. Box 476
                Loveland, OH 45140
                Phone:  513.444.4100
                bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on October 3, 2018, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Lenore L. Heaphey, Debtor's Counsel
    lheaphey@frontier.com

    Paul R. Chael, Chapter 13 Trustee
    aimee@pchael13.com

    Nancy J. Gargula, Office of the US Trustee
    USTPRegion10.SO.ECF@usdoj.gov

I further certify that on October 3, 2018, a copy of the foregoing Notice of Appearance was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Morrie Williams, Debtor
    5418 Georgia St.
    Merrillville, IN 46410

                                                  /s/ D. Anthony Sottile
                                               D. Anthony Sottile (27696-49)
                                               Jon Lieberman (OH 0058394)