## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

IN RE:

Morrie Williams
aka Morrie J. Williams
aka Morrie E. Williams
Debtor

CASE NO. 18-22592

CHAPTER 13

JUDGE Kent Lindquist

## PRE-CONFIRMATION AGREED IMMATERIAL MODIFICATON OF PLAN AND ORDER

Comes now Home Point Financial Corporation ("Creditor"), Debtor and Chapter 13 Trustee, Paul Chael, on the above captioned Chapter 13 case and show the Court that the Debtor filed a Chapter 13 Plan on or about October 10, 2018.

The Creditor, Debtor and Trustee hereby stipulate to the following modification of said Plan which they deem to be immaterial, and which they hereby move the Court to approve without further notice and opportunity for hearing by creditors and parties in interest.

It is hereby Agreed between the Creditor, Debtor and Trustee that said Plan be modified as follows: **The Arrearage for the property located at 5418 Georgia St., Merrillville, IN 46410 will be listed at $13,620.02.**

And the Court having examined said stipulated modification of Plan, and being duly advised in the premises, finds that said proposed modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or effect the feasibility of the Plan, and that said proposed Immaterial Modification should be, and hereby is, approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the Plan, as the case may be, is deemed to have accepted the Plan as modified.

**SO ORDERED.**

DATED: _____

                                        _____
                                        Kent Lindquist, Judge
                                        United States Bankruptcy Court

EXAMINED AND APPROVED:

/s/ D. Anthony Sottile
D. Anthony Sottile (27696-49)
Jon Lieberman (OH 0058394)
Attorney for Creditor


Lenore L. Heaphey (19389-64)
Attorney for Debtor


Paul Chael (3881-45)
Chapter 13 Trustee


DISTRIBUTION:

Morrie Williams, 5418 Georgia St., Merrillville, IN 46410

Lenore L. Heaphey, Attorney for Debtor, lheaphey@frontier.com

Paul R. Chael, Chapter 13 Trustee, aimee@pchael13.com

Nancy J. Gargula, Office of the US Trustee, USTPRegion10.SO.ECF@usdoj.gov