## DOCKET ENTRIES

Date: 1/29/19         Adversary No. _____    Case No. 18-22592

Clerk, Please enter the following ORDER on Docket Sheet:    Case Name: _____

1. ( ) Attorney(s) _____ for _____ report(s) to Court (by phone) that _____ by _____ has been settled and that _____ prepared by _____ _____ will be filed with the Court within _____ days. SO ORDERED.

2. ( ) Attorney(s) _____ for _____ report(s) to Court (by phone) (files motion) that the parties are attempting to settle _____ by _____, and jointly request (Hearing)(Prehearing)(Pretrial)(Status Conference) thereon be continued generally to be reset on Motion of either party. (If no agreed order is filed in ____ days, Court will reset on own Motion). SO ORDERED.

3. ( ) Attorney(s) _____ for Trustee and _____ For Debtor(s) report(s) to Court on Status Conference on Confirmation of Plan by Debtor(s) that ( Stipulate )the parties are attempting to settle the same, and jointly request reset of Status Conference. The foregoing is hereby reset for the ____ day of _____ 201__ at _____ o'clock ___.M. SO ORDERED.

4. (X) Status Conference held on Confirmation of Plan by Debtor(s). ~~Debtor(s) appear(s)~~ by counsel. Trustee appears by counsel. Submitted. (The parties) ( X ) ~~(stipulate(s)~~ (report(s)) as follows:) Debtor(s) will file Objection to Claim of IDR _____ on or before 2/26, 2019. SO ORDERED. Status Conference continued generally to be reset on further notice after the above matter is resolved.

5. ( ) Status Conference) held on Confirmation of Chapter Plan by Debtor(s). Debtor(s) appear(s) by counsel Trustee appears by counsel. (The parties) ( _____ ) (stipulate(s) (report(s)) as follows: The Debtor'(s (has) (have) filed (a) (an) _____. Status Conference is continued generally to be reset on further notice after above matter resolved.

Sec. Please enter this Chapter 13 ;case in computer diary for 3/5/19    Action to be taken: _____ Done

CLERK: PLEASE SEND COPY OF DOCKET SHEET TO EACH ATTORNEY OF RECORD OR IF PARTY HAS NO ATTORNEY, TO THAT PARTY.
CLERK: PLEASE DIARY THIS CASE ____ DAYS AND (CONTACT ATTY _____) (BACK TO CT) IF __ _____ (IF ABOVE NOT COMPLETED).